MEMO ENDORSED

Alexander, Elson

Petitioner,

v.

Todd LYONS, Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement; Markwayne MULLIN, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Todd BLANCHE, Acting U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Brooklyn MDC Federal Detention Facility, Warden of Brooklyn MDC Federal Detention Facility,

Respondents.

Case No. 7:26-cv-06086

**PETITION FOR WRIT OF HABEAS CORPUS**

The Court is in receipt of Petitioner's letter motion requesting an order directing Respondents to return Petitioner to this jurisdiction following his transfer, after the filing of the Petition, from the Orange County Correctional Facility in Goshen, New York to a facility in Watonga, Oklahoma. (ECF No. 5.) The Court construes the letter motion as an emergency application. Respondents are directed to file a response to the letter motion on or before July 31, 2026 at 5:00 p.m. Petitioner may file any reply on or before August 3, 2026 at 5:00 p.m.

The Court notes that Petitioner's counsel sought no emergency relief, whether by motion for a temporary restraining order, motion for a preliminary injunction, or letter application, at any point before the transfer at issue occurred. Applications seeking emergency relief must be identified as such and promptly filed in accordance with the Court's Individual Practices and this District's ECF Rules or it will be considered a non-emergency application. Respondent shall not transfer Petitioner from his current place of confinement absent further order of this Court.

Dated: July 30, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

**Motion to Have Petitioner Returned to the Jurisdiction**

It was brought to my attention that the Applicant, Elson Alexander, has been moved out of this courts jurisdiction after the filing of his Petition for Habeas Corpus. On July 27th, 2026 the petitioners wife contacted our office and informed us that she had not been able to get in touch with her husband since Sunday July 26th, 2026 and that, according to an officer at the detention center he had been transferred to another facility. On July 28th, 2026 our office was able to find the petitioners location on the ICE Detainee Locator, which listed it as being at the Dimondback Correctional Facility in Watanoga, Oklahoma (See Exhibit A Ice Detainee Locator).

Because this action was taken after the filing of the Habeas Corpus Petition this appears to be an attempt by the government to venue shop and deny jurisdiction to this court. The petitioner would have significant financial and practical difficulty in obtaining local counsel to pursue this matter in the jurisdiction where he is now currently located.

Therefore in the interests of fairness we request the court orders the government to return the petition to New York so that this matter can proceed.

Signed

---

Mohammad Kamran Khan
Attorney for Petitioner