UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSON ALEXANDER,

Petitioner,

- against -

TODD BLANCHE, *et al.*,

Respondents.

**No. 26 Civ. 6086 (NSR)**

MEMO ENDORSED

**RESPONDENTS' MEMORANDUM OF LAW IN OPPOSITION TO PETITIONER'S REQUEST FOR A WRIT OF HABEAS CORPUS**

Petitioner shall file any reply, if any, to Respondents' opposition (ECF No. 17) by 5:00 p.m. on Wednesday, August 12, 2026.
Dated: August 7, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
Attorney for Respondents
86 Chambers Street, Third Floor
New York, New York 10007
Tel: (212) 637-0378

LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
– Of Counsel –